IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSHUA MOSES HELLON,

    Petitioner,                      No. CIV S-07-1816 LKK EFB P

    vs.

T. FELKER, et al.,

    Respondents.                  ORDER

_____/

    Petitioner is a state prisoner without counsel seeking a writ of habeas corpus. *See* 28 U.S.C. § 2254. Respondents have requested an extension of time to file and serve a reply to petitioner's opposition to their motion to dismiss. *See* Fed. R. Civ. P. 6(b).

    Good cause appearing, it is ORDERED that respondent's January 23, 2008, request is granted and respondents have 30 days from the date this order is served to file and serve a reply to petitioner's opposition to their motion to dismiss.

Dated: February 8, 2008.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE