IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSHUA MOSES HELLON,

        Petitioner,            No. CIV S-07-1816 LKK EFB P

    vs.

T. FELKER, et al.,

        Respondents.        <u>ORDER</u>

_____/

        Petitioner is a state prisoner without counsel seeking a writ of habeas corpus. *See* 28 U.S.C. § 2254. Respondents have requested an extension of time to file an answer to the petition. *See* Fed. R. Civ. P. 6(b).

        Good cause appearing, it is ORDERED that respondents' April 30, 2009, request is granted and respondents have 30 days from the date this order is served to file and serve an answer to the petition.

Dated: May 5, 2009.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE