IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSHUA MOSES HELLON,

     Petitioner,                No. CIV S-07-1816 LKK EFB P

     vs.

T. FELKER,

     Respondent.               <u>ORDER</u>

                               /

     Petitioner is a state prisoner without counsel seeking a writ of habeas corpus. *See* 28 U.S.C. § 2254. Petitioner has requested an extension of time to file a traverse. *See* Fed. R. Civ. P. 6(b). He also has requested that the court send him a copy of the petition. The court is unable to provide petitioner with a copy of his petition. However, he may seek assistance from a legal copying service. Petitioner has shown good cause for obtaining an extension of time to file a reply to respondent's answer to the petition for a writ of habeas corpus.

     Accordingly, it is ORDERED that:

     1. Petitioner's request that the court provide him with a copy of the petition is denied; and

     2. Petitioner's August 10, 2009, and August 12, 2009, motions for an extension of time are granted and petitioner has 30 days from the date this order is served to file and serve a reply.

DATED: August 21, 2009.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE